REVELONE, INC., Appellant, *v.* ARLIND REALTY CORPORATION et al., Respondents, et al., Defendants.

Argued May 16, 1949; decided May 26, 1949.

*Emily Marx* for appellant.

*John C. O'Malley* and *Joseph V. McKee* for respondent.

Order affirmed, with costs. Questions certified answered in the affirmative. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and BROMLEY, JJ.